*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-107**

IN RE:  OSCAR J. ESTEVEZ,
                                        Respondent.
**Bar Registration No.   460593**                    **BDN: 310-14**

BEFORE:    Beckwith, Associate Judge, and King and Reid, Senior Judges.

**ORDER**
(FILED - April 30, 2015)

On consideration of the certified order suspending respondent from the practice of law in the state of Florida for eighteen months with reinstatement contingent on proof of rehabilitation and full restitution to 234 former clients, this court's February 10, 2015, order directing respondent to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit as required by D.C. Bar R. XI,  §14 (g), it is

ORDERED that Oscar J. Estevez is hereby suspended from the practice of law in the District of Columbia for a period of eighteen months.  Reinstatement is contingent upon a showing of fitness and full compliance with the terms of the suspension imposed by the state of Florida.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar. R. XI, § 14 (g).

PER CURIAM